IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT AUSTIN, individually and on
behalf of others similarly situated**                                                                   **PLAINTIFF**

v.                                       **Case No. 4:22-cv-00757-KGB**

**ULTRAGREEN, LLC and CALEB AULT**                                                      **DEFENDANT**

## ORDER

Before the Court is a motion for leave to withdraw filed by Dustin A. Duke of AR Law Partners, PLLC, who represents defendants UltraGreen, LLC and Caleb Ault (Dkt. No 15). Mr. Duke moves for leave to withdraw as counsel for defendants stating that he and his clients fundamentally disagree with how to proceed in this action and that this disagreement has made it impossible for him to continue to represent them (*Id*., ¶ 2). Mr. Duke states that defendants have been provided a copy of all documents to which they are entitled from their attorney's case file, have had adequate time to hire new counsel, and have been advised to obtain new counsel to represent them (*Id.*, ¶¶ 3-5). For good cause shown, the Court grants the motion for leave to withdraw (Dkt. No. 15). The Court directs the Clerk to terminate Mr. Duke as counsel of record for defendants.

On or before October 23, 2023, defendant Caleb Ault shall inform the Court by filing a written statement with the Court whether he has obtained new counsel or wishes to proceed *pro se*. Plaintiff Robert Austin alleges that defendant UltraGreen, LLC is an Arkansas limited liability company (Dkt. No. 1, ¶ 7). On or before October 23, 2023, defendant UltraGreen, LLC shall inform the Court of the counsel retained to represent it; as an LLC, it may not proceed *pro se*. *Davidson Props., LLC v. Summers*, 244 S.W.3d 674, 675 (Ark. 2006) (holding that individual's representation of limited liability company constitutes the unauthorized practice of law); *see also*

*CFO Network, LLC v. Director, Dep't of Workforce Servs.*, 2023 Ark. App. 303, 1–2 (2023) (same).  Mr. Duke is directed to send or deliver a copy of this Order to defendants.

Pursuant to Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, it is the duty of any party not represented by counsel to promptly notify the Clerk of Court and the other parties to the proceedings of any change in their address, to monitor the progress of the case, and to prosecute or defend the action diligently.  A party appearing *pro se* shall sign their pleadings and state their address, zip code, and telephone number.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure and this Court's Local Rules.

This case is stayed until October 23, 2023.  After that date passes the stay automatically expires, and the Court will enter an amended final scheduling order by separate Order.

It is so ordered this 21st day of September, 2023.

_____
Kristine G. Baker
United States District Judge