IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT AUSTIN, individually and on behalf of others similarly situated**                                   **PLAINTIFF**

v.                                    Case No. 4:22-cv-00757-KGB

**ULTRAGREEN, LLC and CALEB AULT**                                   **DEFENDANTS**

## ORDER

Before the Court is a motion to dismiss filed by plaintiff Robert Austin, individually and on behalf of others similarly situated (Dkt. No. 34). Mr. Austin represents that defendants Ultragreen, LLC and Caleb Ault have stalled proper adjudication of this case by ignoring discovery and meet and confer efforts (*Id.*). He therefore represents that this case is unable to continue and seeks voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(2) (*Id.*). For good cause shown, the Court grants the motion (*Id.*). Mr. Austin's amended complaint is dismissed without prejudice (Dkt. No. 7).

It is so ordered this 18th day of August, 2025.

_____
Kristine G. Baker
Chief United States District Judge