IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT AUSTIN, individually and on behalf of others similarly situated**                              **PLAINTIFF**

v.                      Case No. 4:22-cv-00757-KGB

**ULTRAGREEN, LLC and CALEB AULT**                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is hereby considered, ordered, and adjudged that the amended complaint of plaintiff Robert Austin, individually and on behalf of others similarly situated, is dismissed without prejudice (Dkt. No. 7).

It is so adjudged this 18th day of August, 2025.

_____
Kristine G. Baker
Chief United States District Judge